IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CIVIL ACTION NO. 3:22-cv-111-DMB-RP |
| CIERRA SMITH | DEFENDANT |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Cierra Smith collectively the "parties") have agreed to resolve the above-captioned litigation. Pursuant to that agreement, the parties have agreed to the entry of a consent judgment on the terms provided in the attached Exhibit. The parties jointly request that the Court enter the consent judgment in the form provided.

Clay Joyner
United States Attorney

_____
Stuart S. Davis (MSB #103224)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: stuart.davis@usdoj.gov
*Attorney for Plaintiff United States of America*

_____
Cierra Smith – *Pro se* Defendant